## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY COURTHOUSE

DANIEL BARNHART,                         )
                                         )
      Plaintiff,                  )
                                         )
      v.                          )     No. 10-CV-2655
                                         )
RENT RECOVERY SOLUTIONS,                 )
                                         )
      Defendant.                  )

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Daniel Barnhart , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: _____/s/ Adam Maxwell_____
Adam Maxwell
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

emailed to the Attorney for Defendant at jbedard@bedardlawgroup.com.


By: _____/s/ Adam Maxwell _____
Adam Maxwell
Attorney for Plaintiff