**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | | |
|---|---|---|
| DANIEL BARNHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-2655 |
| | ) | |
| RENT RECOVERY SOLUTIONS, | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

DANIEL BARNHART (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, RENT RECOVERY SOLUTIONS (Defendant), in this case.

Dated: April 7, 2011                     RESPECTFULLY SUBMITTED,

                                                                                KROHN & MOSS, LTD.

                                                                                By:  /s/ Adam Maxwell
                                                                                Adam Maxwell
                                                                                 Attorneys for Plaintiff
                                                                                 Krohn & Moss, Ltd.
                                                                                 10474 Santa Monica Blvd., Suite 401
                                                                                 Los Angeles, CA 90025

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Dismissal was emailed to the Attorney for Defendant at jbedard@bedardlawgroup.com.

By: _____/s/ Adam Maxwell _____
Adam Maxwell
Attorney for Plaintiff